UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT WOODROW CARNES,

    Plaintiff,

v.                                                        Case No: 6:17-cv-1173-Orl-40KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Complaint seeking review of the final decision of the Commissioner of Social Security denying his claim for social security benefits (Doc. 1) filed on June 26, 2017. The United States Magistrate Judge has submitted a report recommending that the decision be reversed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 11, 2018 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner of Social Security's final decision is **REVERSED** pursuant to sentence four of § 405(g).

3. This matter is **REMANDED** for further proceedings.

4. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against the Commissioner and to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 26, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties