**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT WOODROW CARNES,

    Plaintiff,

v.                                             Case No: 6:17-cv-1173-Orl-40KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 22) filed on September 27, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 4, 2018 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d) (Doc. 22) is **GRANTED IN PART**.

3. The Commissioner is **DIRECTED** to pay Plaintiff's attorney's fees in the amount of **$6,138.60**.

**DONE AND ORDERED** in Orlando, Florida on October 19, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties